STATE of Missouri, Respondent,

v.

Timothy L. STEVENSON, Appellant.

No. WD 62538.

Missouri Court of Appeals,
Western District.

Feb. 28, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 2005.

Daniel L. Radke, St. Joseph, MO, for Appellant.

Deborah Daniels, Jefferson City, MO, for Respondent.

Before: SMART, P.J., ELLIS and HARDWICK, JJ.

*ORDER*

PER CURIAM.

Timothy Stevenson appeals his jury convictions on a felony count of unlawful use of a weapon, § 571.030.1, and misdemeanor counts of third-degree assault, § 565.070, and first-degree trespass, § 569.140. Upon review of the record, we find no error and affirm the convictions. No precedential purpose would be served by a published opinion, but we have provided the parties with a Memorandum explaining the reasons for our decision.

Affirmed. Rule 30.25(b).